JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CRYSTAL HOWARD,                    ) Case No. EDCV 10-914-OP
                                   )
              Plaintiff,           )
                                   ) JUDGMENT
       v.                          )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
              Defendant.           )

       Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

       IT IS ADJUDGED that Judgment be entered  reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.

DATED:  January 28, 2011

                              _____
                              HONORABLE OSWALD PARADA
                              United States Magistrate Judge